# EXHIBIT 2

## Re Service of Process; GUANYU (SHENZHEN) ELECTRONIC TECHNOLOGY CO. LTD. v. The Partnerships et al., 1:23-cv-15735

Tong Jin <tjin@nilawfirm.com>
Wed 12/6/2023 3:29 PM

To:Tong Jin <tjin@nilawfirm.com>
Cc:Tim Wang <twang@nilawfirm.com>;Minyi Zhang <mzhang@nilawfirm.com>
Bcc:yushibusinesspaneu@outlook.com <yushibusinesspaneu@outlook.com>;pyfoz7@163.com <pyfoz7@163.com>; sales@remalay.com <sales@remalay.com>;obuytenx@hotmail.com <obuytenx@hotmail.com>; guanghuatech@hotmail.com <guanghuatech@hotmail.com>;lishengymx@163.com <lishengymx@163.com>; facbinyus@qq.com <facbinyus@qq.com>;eddy19901110@outlook.com <eddy19901110@outlook.com>;deyingkj@qq.com <deyingkj@qq.com>;usvoakod12122@outlook.com <usvoakod12122@outlook.com>;2147065702@qq.com <2147065702@qq.com>;liaoji597135@163.com <liaoji597135@163.com>;nelsotek@163.com <nelsotek@163.com>; fengdongxingcheng@outlook.com <fengdongxingcheng@outlook.com>;luo190bokeji@outlook.com <luo190bokeji@outlook.com>;ak20220630@126.com <ak20220630@126.com>;zongque796sxte@126.com <zongque796sxte@126.com>;tcoppock@ymail.com <tcoppock@ymail.com>;its@kamishops.net <its@kamishops.net>; yqtcompany1@163.com <yqtcompany1@163.com>;jaidencooper123@gmail.com <jaidencooper123@gmail.com>; kintokuko@hotmail.com <kintokuko@hotmail.com>;auscanadaphoneaccessories@gmail.com <auscanadaphoneaccessories@gmail.com>

📎 4 attachments (942 KB)
DI 001 Complaint Guanyu.pdf; DI 005 SEALED Exhibit 2 (Sealed).pdf; 15 - TRO.pdf; 23-cv-15735 Summons.pdf;

To Whom It Will Concern:

We represent the Plaintiff in the above-referenced matter filed against you for patent infringement. This email constitutes a formal service of process. The Summons, Complaint with its exhibits, and Temporary Restraining Order may further be accessed at our server:

URL:            nilawfirmserver.com

Username:    GuanyuCharger

Password:    P$41Woay6Z6j

Sincerely,

*Tong Jin*
Ni, Wang & Massand, PLLC
8140 Walnut Hill Ln., Ste 615
Dallas, TX 75231

T: 972.331.4600 | F: 972.314.0900
This message is a PRIVILEGED AND CONFIDENTIAL communication. This message and all attachments are a private communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Thank you.