# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Guanyu (Shenzhen) Electronic Technology Co., Ltd.

Plaintiff,

v.

Case No.:
1:23–cv–15735

Honorable LaShonda A. Hunt

The Partnerships and Unincorporated Associations
identified in Schedule A, et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, December 13, 2023:

MINUTE entry before the Honorable LaShonda A. Hunt: Plaintiff's Motion for Preliminary Injunction [22] is taken under advisement. A telephonic motion hearing is set for 12/21/23, at 9:45 AM. Attorneys/parties should appear for the hearing by calling the Toll–Free Number: 877–336–1828, Access Code: 4082461. Members of the public and media will be able to call in to listen to this hearing. Persons granted remote access to proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting court proceedings. The motion may be considered unopposed as to any Defendant who does not file an objection by 12/20/23 and/or appear at the telephonic hearing. For the reasons stated in the Court&#039;s initial order entering the TRO and the order extending the TRO, the TRO is extended to and including the date the Court adjudicates the motion for a preliminary injunction. *See H–D Mich., LLC v. Hellenic Duty Free Shops S.A.,* 694 F.3d 827, 843–45 (7th Cir. 2012). Because this extension exceeds the maximum duration for a TRO under Fed. R. Civ. P. 65(b), this extension "becomes in effect a preliminary injunction that is appealable, but the order remains effective." *Id.* at 844. Plaintiff must serve a copy of this minute order upon all affected Defendants within one business day of its entry on the docket and promptly file proof of that service. Emailed notice. (cdh, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at ***www.ilnd.uscourts.gov***.